# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS GABRIEL RIVERA JR., | Case No. 1:25-cv-00014-JLT-SAB |
| Plaintiff, | ORDER VACATING PENDING DATES AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC, | (ECF No. 6) |
| Defendant. | **MAY 7, 2025 DEADLINE** |

On February 21, 2025, Plaintiff filed a notice of settlement, informing the Court that this matter has been resolved and that dispositional documents will be filed no later than May 7, 2025. (ECF No. 6.)

Accordingly, pursuant to the stipulation, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. The parties shall file dispositional documents **no later than May 7, 2025**. Any request for further extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated: **February 25, 2025**

STANLEY A. BOONE
United States Magistrate Judge